UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

            - v. -

116.69789026 BITCOIN FORMERLY ON
DEPOSIT IN KRAKEN ACCOUNT NO.
AA83 N84G GKPA 44KQ; and

16.69788416 BITCOIN CASH FORMERLY ON
DEPOSIT IN KRAKEN ACCOUNT NO. AA21
AA83 N84G GKPA 44KQ;

               Defendants-*in-rem.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND ORDER**

25 Civ. 8389

WHEREAS, on or about October 9, 2025, the United States commenced an *in rem* forfeiture action by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"), seeking the forfeiture of 116.69789026 Bitcoin and 16.69788416 Bitcoin Cash seized by the Government from Kraken Account No. AA83 N84G GKPA 44KQ (the "Defendants-*in-rem*");

WHEREAS, Maria Boomsma, the owner of Kraken Account No. AA83 N84G GKPA 44KQ (the "Subject Kraken Account"), through her counsel, Jane Khodarkovsky and Michael Mosier, Esq., have advised the Government that Boomsma is the owner of the Subject Kraken Account and has asserted an interest in the Defendants-*in-rem*;

WHEREAS, the Government and Boomsma have agreed to resolve their respective interests in the Defendants-*in-rem* without further litigation; and

WHEREAS, counsel for Boomsma, represents and warrants that they are authorized to execute this Stipulation on behalf of their client, Boomsma;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Benjamin Gianforti, of counsel, Boomsma, by her attorneys, Jane Khodarkovsky and Michael Mosier, Esq., that:

1.     The Government acknowledges Boomsma's superior interest in 20% of the Defendants-*in-rem*, specifically, 20% of the Defendants-*in-rem* (the "Returned Share"), and shall not seek a Judgment of Forfeiture forfeiting the Returned Share to the Government.

2.     Upon entry of this Stipulation and Order, the Government shall return the Returned Share by transferring the cryptocurrency to Boomsma in a manner to be agreed upon by the Government and Boomsma's counsel.

3.     Boomsma waives any claim of interest with respect to the remaining 80% of the Defendants-*in-rem* (the "Government's Share") and shall not contest the Government's forfeiture of the Government's Share and agrees that she will not file a claim or a petition for remission or mitigation or otherwise contest the forfeiture of the Government's Share, and will not assist anyone else in doing so.  Boomsma also waives all rights to service or notice of any further forfeiture proceeding with respect to the Government's Share.

4.     Boomsma agrees to hold harmless the United States (including but not limited to the Department of Justice ("DOJ"), United States Department of Treasury ("DOT"), Department of Homeland Security, Homeland Security Investigations ("HSI"),  and the United States Attorney's Office for the Southern District of New York ("USAO-SDNY"), and any agents and employees of the United States, from any and all claims in connection with or arising out of the transfer of the Returned Share to Boomsma including but not limited to any third-party claims of ownership of the Returned Share.

5.      The Government's agreement to this Stipulation and Order is expressly premised upon the truthfulness, accuracy and completeness in every material part of the representations made by counsel for Boomsma.

6.      The parties hereby waive all rights to challenge or contest the validity of this Stipulation and Order.

7.      Each party shall bear its own costs and attorney's fees.

8.      This Stipulation and Order constitutes the complete agreement of the parties and may not be amended without express written authorization from all parties.

9.      This Court shall have exclusive jurisdiction over the interpretation and enforcement of this Stipulation and Order.


[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

10.     The signature page of this Stipulation may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          10/9/2025
       Benjamin A. Gianforti                                          DATE
       Assistant United States Attorney
       26 Federal Plaza, 38th Floor
       New York, NY 10278
       (212) 637-2490

MARIA BOOMSMA

By: _____          10/9/2025
       Jane Khodarkovsky, Esq.                                DATE

By: _____          10/9/2025
       Michael Mosier, Esq.                                      DATE


SO ORDERED:

_____          February 3, 2026
HONORABLE EDGARDO RAMOS                       DATE
UNITED STATES DISTRICT JUDGE                    New York, New York