UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v.-

116.69789026 BITCOIN FORMERLY ON DEPOSIT IN KRAKEN ACCOUNT NO. AA83 N84G GKPA 44KQ; and

16.69788416 BITCOIN CASH FORMERLY ON DEPOSIT IN KRAKEN ACCOUNT, NO. AA83 N84G GKPA 44KQ,

Defendants-*in-rem*.

JUDGMENT OF FORFEITURE

25 Civ. 8389 (ER)

WHEREAS, on or about October 9, 2025, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by filing a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

a. 116.69789026 Bitcoin ("BTC") formerly on deposit in Kraken Account No. AA83 N84G GKPA 44KQ (the "Subject Kraken Account"); and

b. 16.69788416 Bitcoin Cash ("BCH") formerly on deposit in the Subject Kraken Account

(a. and b., together, the "Defendants-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to (i) Title 18, United States Code, Section 981(a)(1)(A), because there is reason to believe that the Defendants-*in-rem* constitute property involved in monetary laundering transactions that derive from specific unlawful activity, in violation of Title 18, United Sates Code, Section 1956, and (ii) Title 21, United State Code, Section 881(a)(6), because there is reason to believe that the Defendants-*in-rem* constitute moneys furnished or intended to be furnished by any

person in exchange for a controlled substance and proceeds traceable to such an exchange, in violation of Title 21, United States Code, Sections 841(a)(1) and 846;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on October 15, 2025, through November 13, 2025, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about October 14, 2025, the Notice of Civil Complaint was sent via Electronic Mail to the following:

Maria Boomsma
c/o Michael Mosier, Esq.
Email: mm@arktouros.co

(the "Noticed Party);

WHEREAS, the Government was advised that Maria Boomsma ("Boomsma"), was the owner of the Subject Kraken Account and asserted an interest in the Defendants-*in-rem*;

WHEREAS, on or about February 3, 2026, the Court entered a Stipulation and Order (the "Stipulation") wherein the Government agreed to return 20% of the Defendants-*in-rem* (the "Returned Share"), and Boomsma disclaimed any interest in the remaining 80% of the

Defendants-*in-rem* (the "Forfeited Property") and agreed to not contest the Government's Forfeiture of the Forfeited Property (D.E. 6);

WHEREAS, the Noticed Party is the only individual and/or entity known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no outstanding claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Forfeited Property shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture shall dispose of the Forfeited Property, according to law.

Dated: New York, New York
September 21, 2026

SO ORDERED:

HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE